Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH SCHESSO, <br><br> Defendant. | NO. CR11-5285 RJB <br><br> ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the United States' Motion to File a Brief in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to the Defendant's Motion to Suppress that does not exceed 36 pages in length.

DATED this 21st day of October, 2011.

*Robert J Bryan*
Robert J Bryan
United States District Judge

Presented by:

*s/ Marci L. Ellsworth*
MARCI L. ELLSWORTH
Special Assistant United States Attorney

ORDER GRANTING UNITED STATES'
MOTION TO FILE A BRIEF IN EXCESS
OF TWELVE PAGES/SCHESSO- 1
No. CR11-5285 RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970