JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR11-5285RJB |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER GRANTING MOTION TO FILE MOTION IN EXCESS OF 12 PAGES |
| JOSEPH T. SCHESSO, | ) ) | |
| Defendant. | ) ) | |

Based on the motion and affidavit filed in support of the defendant's request to file a motion in excess of the 12 page limitation imposed by Rule CrR 12(6) of the Rules of the United States District Court for the Western District of Washington.

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a reply to response to motion to suppress not to exceed 15 pages.

DONE this 21st day of October, 2011.

*[signature]*
Robert J Bryan
United States District Judge

Presented by:

*/s/ Colin Fieman*
Colin Fieman, Attorney for Defendant

ORDER GRANTING MOTION TO FILE
MOTION IN EXCESS OF 12 PGS  -- 1
*United States v. Schesso; CR11-5285RJB*

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**